1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NERRAH BROWN, | ) | No. C 11-2704 LHK (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CIVIL RIGHTS COMPLAINT AND IN FORMA PAUPERIS APPLICATION |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

17   On June 6, 2011, Plaintiff, a state prisoner, filed a letter with the Court which was

18 construed as a complaint under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent

19 Plaintiff a notification directing him to file a complaint, and informing him that he needed to

20 either file an in forma pauperis ("IFP") application, or pay the filing fee.  The Clerk of the Court

21 sent Plaintiff a blank civil rights complaint form and an IFP application, and directed Plaintiff to

22 submit a completed complaint and IFP application or filing fee within thirty days or the action

23 would be dismissed.  Before the Court is Plaintiff's motion for an extension of time in which to

24 file his complaint and IFP application.

25   Plaintiff's motion is GRANTED.  Plaintiff shall file his complaint, and IFP application

26 **within thirty (30) days** from the date this order is filed.

27 ///

28 ///

Order Granting Plaintiff's Motion for Extension of Time to File Civil Rights Complaint and In Forma Pauperis Application
P:\PRO-SE\SJ.LHK\CR.11\Brown704.eot-complaint-ifp.wpd

This order terminates docket no. 4.

IT IS SO ORDERED.

DATED:   7/24/11

_____
LUCY H. KOH
United States District Judge