IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | No. C 11-2704 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time in which to file his second amended complaint.

In an order dated September 29, 2011, the Court directed Plaintiff to file a second amended complaint within thirty days from the date the order was filed. Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his second amended complaint, **within sixty (60) days** from the date this order is filed.

This order terminates docket no. 15.

IT IS SO ORDERED.

DATED: 11/11/11

_____
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File Second Amended Complaint
C:\Users\corvinc\Orders\Wilkins704eot-AC.wpd