1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 11-2704 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| COUNTY OF ALAMEDA, et al., | ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the civil rights action. A judgment of dismissal without prejudice is hereby entered. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 4/30/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.11\Smith579jud