IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 11-2704 LHK (PR) |
| Plaintiff, | ) ) | ORDER CERTIFYING THAT APPEAL IS NOT TAKEN IN |
| v. | ) ) | GOOD FAITH |
| COUNTY OF ALAMEDA, et al., | ) ) | |
| Defendants. | ) ) ) | |

This is a Section 1983 action brought by an inmate proceeding *pro se*. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). On September 29, 2011, the Court dismissed Plaintiff's amended complaint with leave to amend for violating Federal Rules of Civil Procedure 18 and 20. After requesting two extensions of time, Plaintiff filed a second amended complaint. On May 1, 2012, the Court dismissed Plaintiff's second amended complaint for failing to cure the deficiencies pointed out in its previous order dismissing the amended complaint with leave to amend. On May 9, 2012, Plaintiff filed a notice of appeal.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed IFP in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith. Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith. "Not taken in good faith" means "frivolous." *Ellis v.*

*United States*, 356 U.S. 674, 674-75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (order).

Because the Court's ruling was clearly correct, it is CERTIFIED that this appeal is frivolous and therefore not taken in good faith. The Clerk shall notify Plaintiff forthwith and the Court of Appeal of this order. *See* Fed. R. App. P. 24(a)(4).

IT IS SO ORDERED.

DATED: 5/22/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge